Filed 6/5/15  P. v. Quinn CA2/3

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>CHEVON QUINN,<br><br>    Defendant and Appellant. | B257182<br><br>(Los Angeles County<br>Super. Ct. No. BA416819) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Jose I. Sandoval, Judge.  Affirmed.

Ann Krausz, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Chevon Quinn appeals from the judgment entered against her following her conviction by a jury of sale of methamphetamine (Health and Safety Code, § 11379, subd. (a)). The trial court suspended imposition of sentence and placed Quinn on three years' formal probation. She was ordered to serve 365 days in county jail, with 46 days of custody credit. Quinn timely appealed.

Quinn's counsel on appeal filed a brief that raised no issues, and asked the court independently to review the entire record for any arguable issues under *People v. Wende* (1979) 25 Cal.3d 436. On May 4, 2015, we sent a letter to Quinn notifying her that she had 30 days to submit by brief or letter any contentions or arguments she wished this court to consider. No response has been received to date.

We have examined the entire record and are satisfied that Quinn's counsel has complied fully with her responsibilities and that no arguable issues exist.

### DISPOSITION

The judgment is affirmed.

### NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

EGERTON, J.[*]

WE CONCUR:

EDMON, P. J.                    KITCHING, J.

---

[*]    Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.